UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>       )<br>    Plaintiff, )<br>       )<br>    v. )<br>       )<br>LUIS CABRERA-BANEGAS, )<br>       )<br>    Defendant. )<br>_____ ) | CASE NO. MJ 16-489<br><br>DETENTION ORDER |

<u>Offense charged</u>:    Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, Cocaine Base and Methamphetamine; Possession with Intent to Distribute and Distribution of Cocaine

<u>Date of Detention Hearing</u>:    December 5, 2016.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant is charged in the Northern District of California with the above-referenced drug offenses. An identity hearing was held in this District in which the government made a showing of probable cause that defendant is the individual named in the Indictment. An Order of Transfer has been signed.

2. Defendant lacks legal status in the United States. It is not known whether a detainer has been filed by immigration authorities, but defendant was previously deported after serving a sentence of imprisonment in the state court of California for charges related to the instant federal charges.

3. Defendant poses a risk of nonappearance due to his lack of legal status and previous deportation. Defendant poses a risk of danger due to criminal history.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver

the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this <u>5th</u> day of December, 2016.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3